UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Jerry L. McGlone, II,

    Plaintiff,

        v.                          Case No. 1:19cv1058

Warren, Correctional
Institution, *et al.*,                  Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on January 23, 2020 (Doc. 4).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 4) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 4) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, plaintiff's motion to proceed in forma pauperis (Doc. 3) is **DENIED.** Plaintiff is ordered to pay the full $400.00 filing fee ($350.00 plus a $50.00 administrative fee) required to commence this action within thirty (30) days of the date of this Order. Plaintiff is notified that failure to pay the full filing fee of $400.00 within thirty (30) days of the date of this Order will result in the dismissal of this civil action. *See In re Alea*, 286 F.3d

1

378, 382 (6th Cir. 2002). Finally, pursuant to 28 U.S.C. § 1915(a)(3), this Court certifies that an appeal of this Order would not be taken in good faith. *See McGore v. Wrigglesworth*, 114 F.3d 601, 610–11 (6th Cir. 1997).

**IT IS SO ORDERED.**

                                                 /s/ *Michael R. Barrett*
                                                 Michael R. Barrett, Judge
                                                 United States District Court